# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| Information associated with cellular ) | |
| telephone assigned call number ) | |
| (701) 805-1212, that is stored at premises ) | |
| controlled by Cellco Partnership d/b/a ) | Case No. 1:19-mj-197 |
| Verizon Wireless ) | |

In the affidavit filed in support of the above-captioned Search Warrant, the affiant requested that this matter remain under seal pending further order of the court.

The record reflects that the Search Warrant was returned executed on July 15, 2019. Accordingly, the court **ORDERS** that all materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return shall remain under seal until October 16, 2019, at which time this matter shall be unsealed without further order of the court.

Dated this 16th day of September, 2019.

                                           */s/ Clare R. Hochhalter*
                                           Clare R. Hochhalter, Magistrate Judge
                                           United States District Court